# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01136-CJC-ADS | Date | August 24, 2021 |
| Title | Three Sons, Inc. v. Western Logistics Trucking, Inc. et al | | |

**Present: The Honorable**   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PARTIAL DISMISSAL FOR LACK OF PROSECUTION**

Plaintiffs are required to prosecute their cases diligently. That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing claims against a defendant that the plaintiff has chosen not to pursue for any reason.

Here, Plaintiff has filed a proof of service as to **Defendant H and H Express LLC** yet the deadline for that Defendant's response to the Complaint has passed and Plaintiff has taken no action. Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **August 26, 2021** why **this Defendant** should not be dismissed from this action for lack of prosecution.   As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default **as to this Defendant** or this Defendant's Answer

2. A stipulation extending this Defendant's time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal **of this Defendant** (Fed. R. Civ. P. 41).

No oral argument will be heard on this matter unless ordered by the Court.   The Order will stand submitted upon the filing of a timely and appropriate response.   Failure to file a timely and appropriate response to this Order may result in dismissal of Plaintiff's claims against this defendant.

|  |  -  :  -  |
|---|---|
| Initials of Deputy Clerk | rrp |