Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Attorneys for Plaintiff
THREE SONS, INC. dba AMERICAN MEAT COMPANIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE SONS, INC. dba AMERICAN MEAT COMPANIES, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTERN LOGISTICS TRUCKING, INC., a suspended[1] California corporation; H & H EXPRESS LLC, an Arizona limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 8:21-CV-01136-CJC-ADS<br><br>JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PRETRIAL CONFERENCE, TRIAL AND RELATED DEADLINES<br><br>Pretrial Conference Date:<br>　　　　September 26, 2022<br>Time:　　　　3:00 p.m.<br><br>Trial Date:　　　　October 4, 2022<br>Time:　　　　8:30 a.m.<br>Place:　　　　Courtroom 9B<br>　　　　Santa Ana Courthouse |

　　　　The parties to this action, plaintiff Three Sons, Inc. dba American Meat Companies and defendants Western Logistics Trucking, Inc. and H & H Express LLC, by and through their respective attorneys of record, hereby notify the Court that a settlement agreement has been reached for full resolution of this action and that a Stipulation re Dismissal will be executed by the parties and filed with this Court upon satisfaction of the terms of the settlement agreement.

---

[1] Western Logistics Trucking, Inc., with its corporate powers revived, is no longer a suspended corporation.

1
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PRETRIAL CONFERENCE, TRIAL AND RELATED DEADLINES

In addition, THE PARTIES HEREBY STIPULATE that, based upon the fact that a settlement agreement has been reached, the Pretrial Conference currently scheduled for September 26, 2022 at 3:00 p.m., the trial currently scheduled to commence on October 4, 2022 and the related meeting and filing deadlines may be vacated.

Dated: April 28, 2022          SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By:   */s/ Kathleen C. Jeffries*
      Kathleen C. Jeffries
      Attorneys for Plaintiff
      THREE SONS, INC. dba AMERICAN MEAT COMPANIES

Dated: April 28, 2022          WFBM, LLC

By:   */s/ Thomas St. Germain*
      Catherine M. Adams
      Thomas St. Germain
      Attorneys for Defendant
      WESTERN LOGISTICS TRUCKING, INC.

Dated: April 28, 2022          SWAIN & DIPOLITO LLP

By:   */s/ Ross I. Landau*
      Frank X. Dipolito
      Ross I. Landau
      Attorneys for Defendant
      H & H EXPRESS LLC

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that Thomas St. Germain and Ross I. Landau concur in the content of this pleading and have authorized the filing.

By:   */s/ Kathleen C. Jeffries*
      Kathleen C. Jeffries

4860-6590-4414, v. 1

2
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PRETRIAL CONFERENCE, TRIAL AND RELATED DEADLINES