1  Kathleen C. Jeffries (State Bar #110362)
   kjeffries@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
3  Pasadena, California 91101
   Telephone: (626) 795-4700
4  Facsimile: (626) 795-4790

5  Attorneys for Plaintiff
   THREE SONS, INC. dba AMERICAN MEAT COMPANIES
6

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 

| THREE SONS, INC. dba AMERICAN MEAT COMPANIES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN LOGISTICS TRUCKING, INC., a suspended California corporation; H & H EXPRESS LLC, an Arizona limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:21-CV-01136-CJC-ADS<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE<br><br>Trial Date:   October 4, 2022<br>Time:   8:30 a.m.<br>Place:   Courtroom 9B<br>   Santa Ana Courthouse |
|---|---|

20     IT IS HEREBY STIPULATED by and between the parties hereto,
21 plaintiff Three Sons, Inc. dba American Meat Companies and defendants Western
22 Logistics Trucking, Inc. and H & H Express LLC, by and through their respective
23 attorneys of record, that a settlement agreement has been reached for full resolution
24 of this action; that the terms of the settlement agreement have been satisfied; and
25 / / /
26 / / /
27 / / /
28

1  that the case may now be dismissed with prejudice, with each party to bear its own
2  costs and attorneys' fees.

4  Dated:  June 3, 2022          SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

6                  By:   /s/ Kathleen C. Jeffries
                        Kathleen C. Jeffries
7                       Attorneys for Plaintiff
                        THREE SONS, INC. dba AMERICAN
8                       MEAT COMPANIES

10 Dated:  June 3, 2022          WFBM, LLC

12                  By:   /s/ Thomas St. Germain
                        Catherine M. Adams
                        Thomas St. Germain
13                      Attorneys for Defendant
                        WESTERN LOGISTICS TRUCKING,
14                      INC.

16 Dated:  June 3, 2022          SWAIN & DIPOLITO LLP

17                  By:   /s/ Frank X. Dipolito
                        Frank X. Dipolito
18                      Attorneys for Defendant
                        H & H EXPRESS LLC

20         Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that Thomas St. Germain
21 and Frank X. Dipolito concur in the content of this pleading and have authorized the
22 filing.

24                  By:   /s/ Kathleen C. Jeffries
                        Kathleen C. Jeffries

26 4865-9791-9774, v. 1