1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE SONS, INC. dba AMERICAN MEAT COMPANIES, a California corporation, | Case No. 8:21-CV-01136-CJC-ADS |
| Plaintiff, | ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE |
| v. | |
| WESTERN LOGISTICS TRUCKING, INC., a suspended California corporation; H & H EXPRESS LLC, an Arizona limited liability company; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Based upon the stipulation by and between the parties hereto, plaintiff Three Sons, Inc. dba American Meat Companies and defendants Western Logistics Trucking, Inc. and H & H Express LLC, by and through their respective attorneys of record, and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced action and that the terms of the settlement agreement have been satisfied.

/ / /

/ / /

1   IT IS HEREBY ORDERED that the entire case is dismissed with
2   prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 6, 2022   _____
　　　　　　　　　　　　　Judge, United States District Court

4878-2770-2814, v. 1

2
ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE